**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ALZAMEND NEURO, INC., | |
| Plaintiff, | **SUMMONS IN A CIVIL ACTION** |
| -against- | |
| BIORASI, LLC, | Case No. _____ |
| Defendant. | |

To:     BIORASI, LLC
        18851 NE 29th Ave., Suite #800
        Aventura, FL 33180

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALZAMEND NEURO, INC.

c/o Andrés Rivero
Patricija Gegznaite
RIVERO MESTRE LLP
2525 Ponce De Leon Blvd., Ste. 1000
Miami, Florida 33134
Email: arivero@riveromestre.com
       pgegznaite@riveromestre.com

Thomas J. Fleming (*pro hac vice pending*)
Natasha G. Menell (*pro hac vice pending*)
OLSHAN FROME WOLOSKY
1325 Avenue of the Americas
New York, New York 10019
Email: tfleming@olshanlaw.com
       nmenell@olshanlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____                         *Clerk of Court*


                                              _____
                                              *Signature of Clerk or Deputy Clerk*