UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20481-BB

ALZAMEND NEURO, INC.,

                      Plaintiff,

v.

BIORASI, LLC,

                      Defendant.

## MEDIATION REPORT

      Pursuant to the Court's June 3, 2025, Mediator Ellen L. Leesfield conducted a meditation on   On September 29, 2025. The mediation was in-person mediation at Rivero Mestre LLP's office in Miami, Florida. In attendance were. Counsel for Biorasi, LLC ("Biorasi"), counsel for Alzamend Neuro, Inc. ("Alzamend"), and client representatives for Biorasi and Alzamend. The parties were unable to come to a resolution at this time, and have agreed to continue the mediation to December 2, 2025.

Dated: October 3, 2025

                              Respectfully submitted,

                              ELLEN LEESFIELD, Mediator
                              (Florida Bar No. 278793)
                              1501 Venera Avenue
                              Suite 300
                              Coral Gables, Florida 33146

**SERVICE LIST**

| **Counsel for Plaintiff:** | **Counsel for Defendant** |
|---|---|
| Thomas J. Fleming, Esq. | David Carrier, Esq. |
| Sahand Farahati, Esq. | Natalie Donis, Esq. |
| Olshan Frome Wolosky LLP | CARLTON FIELDS |
| 1325 6th Ave | 200 S Orange Ave Suite 1000, |
| New York, NY 10019 | Orlando, FL 32801 |
| O: (212) 451-2300 | D: (612) 605-9922 |
| tfleming@olshanlaw.com; | D: (407) 849-3583 |
| sfarahati@olshanlaw.com; | dcarrier@carltonfields.com; |
| *Counsel for Plaintiff:* | ndonis@carltonfields.com; |
| *ALZAMEND NEURO INC.* | *Counsel for Defense:* |
| | *BIORASI LLC* |

Andres Rivero, Esq.
Ana Malave, Esq.
Rivero Mestre LLP
2525 Ponce de Leon #1000
Miami, FL 33134
O: (305) 445-2500
Nicole Puentes
npuentes@riveromestre.com;
arivero@riveromestre.com;
amalave@riveromestre.com;
*Counsel for Plaintiff:*
*ALZAMEND NEURO INC.*