**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-CV-20481-BB

ALZAMEND NEURO, INC.,

     Plaintiff,

v.

BIORASI, LLC,

     Defendant.

_____/

**JOINT NOTICE OF SCHEDULED CONTINUED MEDIATION**

In accordance with the Order Granting Motion to Continue Scheduled Mediation (ECF No. 101), the parties jointly notify the Court that continued mediation has been scheduled in this matter and submit the proposed Order attached as Exhibit A.

The Hon. Ellen Leesfield (ret.) will continue as the mediator in this matter, and the mediation conference will be held on February 10, 2026, at 10:00 a.m. by Zoom.

Dated: December 10, 2025.

                                      Respectfully submitted,

                                      **RIVERO MESTRE LLP**
                                      2525 Ponce de Leon Blvd., Suite 1000
                                      Coral Gables, Florida 33134
                                      Telephone: (305) 445-2500
                                      Facsimile: (305) 445-2505
                                      E-mail: arivero@riveromestre.com
                                      E-mail: amalave@riveromestre.com

              By:    */s/ Andrés Rivero*
                    ANDRÉS RIVERO
                    Florida Bar No. 613819
                    ANA C. MALAVE
                    Florida Bar No. 83839

**CARLTON FIELDS, P.A.**

By:     */s/ David Carrier*
        Natalie Donis
        Florida Bar No.:  1031027
        200 South Orange Ave., Suite 1000
        Orlando, FL 32801
        ndonis@carltonfields.com
        kcasazza@carltonfields.com

        Brooke Patterson
        700 NW 1st Avenue, Suite 1200
        Miami, FL 33136
        bpatterson@carltonfields.com

        David J. Carrier (*Pro Hac Vice*)
        IDS Center
        80 South Eighth Street, Suite 2800
        Minneapolis, MN  55402
        dcarrier@carltonfields.com

        *Attorneys for Defendant Biorasi, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 10, 2025, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By:     */s/ Andrés Rivero*
        ANDRÉS RIVERO

2