**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CIRCUIT CIVIL DIVISION

CASE NO.: 1:25-cv-20481-BB

ALZAMEND NEURO INC.,
Plaintiff,

v

BIORASI LLC.,
Defendants.
_____/

## MEDIATION REPORT AND NOTICE OF IMPASSE

Ellen Leesfield, the mediator, hereby submits the following Mediation Report:

1.      On February 10th, 2026, all necessary parties in the above-referenced case convened for a mediation conference in this case.

2.      The parties were unable to resolve this matter.

3.      Accordingly, the undersigned hereby reports to this Court that the parties reached an IMPASSE.

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of the foregoing has been furnished via electronic mail on this 11th day of February 2026.

Respectfully submitted,

_____
ELLEN LEESFIELD, MEDIATOR
1501 Venera Avenue
Suite 300
Coral Gables, Florida 33146
Email: ellen@ellenleesfield.com