**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-20481-BLOOM/Elfenbein**

ALZAMEND NEURO, INC.,

     Plaintiff,

v.

BIORASI, LLC,

     Defendant.

_____/

**ORDER AMENDING SCHEDULING ORDER**
**AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court upon the the Parties' Joint Motion to Modify Briefing Schedule, ECF No. [113] ("Motion"), filed on March 26, 2026. The Court has reviewed the Motion, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [113]**, **is GRANTED in part and DENIED in part**, and the Scheduling Order, **ECF No. [23]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **June 29, 2026, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, June 23, 2026**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| April 2, 2026 | All dispositive pre-trial motions and Daubert motions (which include motions to strike experts) are filed. This deadline does not |

Case No. 25-cv-20481-BLOOM/Elfenbein

| | |
|---|---|
| | include motions in limine but includes all other pre-trial motions. |
| **April 30, 2026** | Responses in opposition to dispositive pre-trial motions and Daubert motions are filed. L.R. 7.1(c)(1). |
| **May 14, 2026** | Replies in support of dispositive pre-trial motions and Daubert motions are filed. L.R. 7.1(c)(1). |

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 27, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2