**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALZAMEND NEURO, INC.,

      Case No.: 25-cv-20481-BB

     Plaintiff,

v.

BIORASI, LLC,

     Defendant.

                                 /

**AMENDED NOTICE OF FILING EXHIBITS UNDER SEAL**

Defendant, Biorasi, LLC, through undersigned counsel hereby files the Exhibits to its Motion for Summary Judgment [DE 119] and its Motion to Exclude Testimony of Plaintiff's Expert, Dr. Frederick Hausheer [DE 117] pursuant to the Court's April 5, 2026 Order [DE 124] **UNDER SEAL**. The Exhibits itemized below have been placed on a thumb drive which will be delivered to the Clerk of Court:

**As to Motion to Exclude Testimony of Plaintiff's Expert, Dr. Frederick Hausheer:**

Exhibit S (audio file)

**As to Motion for Summary Judgment:**

Exhibit 7 (excel spreadsheet);
Exhibit 12 (video);
Exhibit 14 (video);
Exhibit 33 (video);
Exhibit 44 (audio file); and
Exhibit 45 (excel spreadsheet).

Dated: April 21, 2026        Respectfully submitted,

                              */s/ Natalie Donis*
                              Natalie Donis
                              Florida Bar No.: 1031027
                              **CARLTON FIELDS, P.A.**
                              200 South Orange Ave., Suite 1000
                              Orlando, FL 32801
                              ndonis@carltonfields.com
                              kcasazza@carltonfields.com

144388118.#

Brooke Patterson
**CARLTON FIELDS, P.A.**
700 NW 1st Avenue
Suite 1200
Miami, FL 33136
bpatterson@carltonfields.com

David J. Carrier
(*Pro Hac Vice*)
dcarrier@carltonfields.com
**CARLTON FIELDS, P.A.**
IDS Center
80 South Eighth Street
Suite 2800
Minneapolis, MN  55402
*Attorneys for Defendant Biorasi, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing generated by CM/ECF.

 */s/ Natalie Donis*
Natalie Donis

2

144388118.#