**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

ALZAMEND NEURO, INC.,

     Plaintiff,

v.

BIORASI, LLC,

     Defendant.

Case No. 25-cv-20481-BB

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S COUNTER DESIGNATIONS**

Plaintiff Alzamend Neuro, Inc. ("Alzamend" or "Plaintiff") provides the following objections and counter designations to deposition testimony to be offered by Defendant Biorasi LLC ("Biorasi" or "Defendant"). Plaintiff submitted designations for the deposition testimony of Emily Dickinson and Ugur Aytac. ECF No. 155. Defendant submitted counter designations and objections to Plaintiff's designations (ECF No. 157); and Plaintiff hereby sets forth objections to Defendant's counter designations. These objections are subject to the reservation of Plaintiff's rights to seek rulings on objections contained in these transcripts. Plaintiff also reserves the right to supplement and modify these objections. In addition, Plaintiff reserves the right to read into the record or play the recording of any testimony designated by Defendant that it ultimately does not play at trial.

Plaintiff further objects to the extent that Defendant intends to use any portion of the transcript without contemporaneously introducing the corresponding exhibit about which the witness was being questioned. Plaintiff separately maintains all objections to any deposition exhibits and trial exhibits, and incorporates by reference its objections to Defendant's exhibit list.

13306557-4

1.  **March 2, 2026 Deposition of Emily Dickinson (as corporate representative for Linical)**

| Transcript Page and Line Numbers | Plaintiff's Objection | Counter Designations |
|---|---|---|
| 36:19-36:24 | Incomplete question and answer | 36:25-37:6. |

2.  **March 5, 2026 Deposition of Ugur Aytac**

| Transcript Page and Line Numbers | Plaintiff's Objection | Counter Designations |
|---|---|---|
| 24:11 - 24:16 | Incomplete question and answer | 24:9-10 |
| 27:14 - 28:17 | Irrelevant and nonresponsive to designated portion | |
| 50:5 | Incomplete question and answer | 50:3-13 |
| 62:7-62:14 | Incomplete question and answer | 62:1-18 |
| 64:14 - 64:20 | Incomplete and nonresponsive answer | 64:21-65:1. |
| 110:17 - 111:7 | Irrelevant and nonresponsive to designated portion | |
| 113:11 - 113:21 | Incomplete question and answer | 113:8-114:7 |

Dated: June 25, 2026

Respectfully submitted,

**RIVERO MESTRE LLP**
*Attorneys for Alzamend Neuro, Inc.*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: arivero@riveromestre.com
Email: amalave@riveromestre.com

By: */s/ Andrés Rivero*
ANDRÉS RIVERO
Florida Bar No. 613819
ANA MALAVE
Florida Bar No. 83839

2

## **CERTIFICATE OF SERVICE**

I certify that on June 25, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

By: */s/ Andrés Rivero*
ANDRÉS RIVERO

13306557-4